UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DONALD OWEN RECORD, II, ) | Civil Action No. 2:21-CV-03469-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN LANDMARK ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

WHEREAS, Rule 41 of the Federal Rules of Civil Procedure authorizes a Plaintiff to dismiss an action by stipulation of the parties; and

WHEREAS, it is the desire of the parties to this action that it be dismissed with prejudice, with each party bearing its own costs;

IT IS NOW THEREFORE STIPULATED AND AGREED by and between the Plaintiff and Defendants that this action is hereby dismissed WITH PREJUDICE, with all parties to bear their own costs.

SO STIPULATED, this 8th of June 2022.

| | |
|---|---|
| s/Casey Martens | s/Cara Y. Crotty |
| Casey Martens, Fed ID #12812 | Cara Y. Crotty, Fed ID #6869 |
| Molly Hamilton Cawley, Fed ID #11838 | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| MHC LAW, LLC | 1301 Gervais Street, Suite 1020 |
| 460 King St, Suite 200 | Columbia, SC 29201 |
| Charleston, SC 29403 | 803-256-3200 / Fax 803-667-4120 |
| 843-225-8651 | ccrotty@constangy.com |
| Casey@mhc-lawfirm.com | |
| Molly@mhc-lawfirm.com | *Attorneys for Defendant* |

*Attorneys for Plaintiff*